1
2
3          IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5          SAN JOSE DIVISION
6
7

HUSEYIN ZENKIN,

8          Plaintiff,

9     v.

10

11

SONY ELECTRONICS, INC.,

Defendants.

**\*E-FILED - 6/27/06\***

CASE NO.: C-06-00197-RMW

**ORDER TO SHOW CAUSE RE:
DISMISSAL**

12
13     This matter came on regularly for a Case Management Conference on June 23, 2006.
14 Defendant appeared through its counsel, Brian K. Nagatani.  Plaintiff failed to appear.
   Therefore,
15
16     IT IS HEREBY ORDERED that plaintiff appear on **September 8, 2006 @ 9:00 a.m.** in
17 courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for
   failure to appear at the Case Management Conference.
18
19     In addition to appearing on September 8, 2006, plaintiff must file and serve on defendant's
20 counsel by September 1, 2006, a declaration or affidavit under oath explaining why he failed to
   appear at the Case Management Conference.
21
22     IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD
23 REASON FOR HIS FAILURE TO APPEAR, THE CASE WILL BE DISMISSED.
24
   DATED: June 27, 2006
25
26                                          RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE
27
28

1

1

2   Copy of Order E-Filed and Mailed to Counsel of Record:

3
    **Huseyin Zenkin**
4   6 Northampton Place
    Coto De Caza, CA 92676
5

6       *Pro Se Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28