E-Filed on: 9/5/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUSEYIN ZENKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY ELECTRONICS, INC.,<br><br>    Defendant. | No. C-06-00197 RMW<br><br>ORDER RE SEPTEMBER 8, 2006 HEARING DATE<br><br>**[Re Docket Nos. 18, 24]** |

    Plaintiff is a former employee of defendant Sony Electronics, Inc. ("Sony") who was terminated effective February 15, 2002.  In June 2006 this court issued an Order to Show Cause with a hearing scheduled for September 8, 2006.  Pending for hearing that same day is defendant's motion to dismiss for failure to state a claim.  Plaintiff appears to have emailed the court clerk's office on August 31, 2006 noting physical and financial difficulties, stating that he could not attend the upcoming hearing, and asking for two months continuance.

    On June 23, 2006 the court issued an Order to Show Cause after plaintiff failed to appear for the scheduled June 23, 2006 case management conference.  The order required plaintiff to (1) file and serve upon defendant's counsel by September 1, 2006, a declaration or affidavit under oath explaining why he failed to appear at the case management conference and (2) appear before this

ORDER RE SEPTEMBER 8, 2006 HEARING DATE—No. C-06-00197 RMW
SPT

court on September 8, 2006 at 9:00 a.m. to show cause why the case should not be dismissed for failure to appear. According to the docket plaintiff has made no filings in this action addressing the Order to Show Cause.[1]

In addition, plaintiff has filed two previous actions against Sony based on his termination from Sony. The first action, filed March 18, 2003, claimed employment discrimination based on "medical condition or disability." (*Zenkin v. Sony Electronics, Inc.*, No. C-03-01200 RMW). The second action, filed April 15, 2005, claimed employment discrimination based on "national origin and name" and further claimed breach of contract, breach of contract ("at-will"), fraudulent misrepresentation, fraud and deceit, deceit and fraudulent misrepresentation. (*Zenkin v. EEOC et al.*, No. C-05-01577 RMW). Plaintiff's first action was dismissed without prejudice for failure to diligently prosecute when plaintiff failed to amend his complaint for over eighteen months after leave to amend was granted. Plaintiff did not oppose defendant's motion to dismiss and failed to appear for the motion hearing. The court dismissed the second action for failure to state a claim. On January 11, 2006 plaintiff filed the present action, again based on his termination from Sony, and claiming the same six causes of action as the April 15, 2005 complaint.

While the court is not unsympathetic with plaintiff's situation, the court notes that this is not the first time plaintiff has filed the same claim of employment discrimination against the same defendant and failed to appear or to prosecute. The court declines to continue the hearing set for Friday, September 8, 2006, at 9:00 a.m., on the Order to Show Cause and defendant's pending motion to dismiss.

DATED:     9/5/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Specifically, plaintiff has not filed or served any declaration or affidavit explaining his failure to appear as required by the court's Order to Show Cause. Failure to comply with the Order to Show Cause alone is sufficient grounds for the court to dismiss this case.

ORDER RE SEPTEMBER 8, 2006 HEARING DATE—No. C-06-00197 RMW
SPT                                2

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Huseyin Zenkin
6 Northampton Place
Coto De Caza, CA 92676
PRO SE

**Counsel for Defendants:**

Sarah Elizabeth Armstrong
Heller Ehrman White & McAuliffe
333 Bush Street
San Francisco, CA 94104

Patricia K. Gillette
Heller Ehrman White & McAuliffe, LLP
333 Bush Street
San Francisco, CA 94104-2878

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:     9/5/06                                                  **SPT**
                                                          **Chambers of Judge Whyte**